IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALLY KING, et al.,

   Plaintiffs,

    v.

U.S. BANK NATIONAL
ASSOCIATION, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:13-CV-229-TWT

ORDER

This is an action for wrongful attempted foreclosure. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 2]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 30 day of August, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\King\r&r.wpd